BEFORE THE SECOND DIVISION, AUGUST 28, 1962

No. 66994.—The May Dept. Stores Co., Inc. (Kaufmann Div.), et al. v. United States, protests 59/30358, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.